**Appeal Reinstated; Order filed January 31, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00874-CV
_____

**MONTROSE MANAGEMENT DISTRICT, ET AL., Appellants**

**V.**

**1620 HAWTHORNE, LTD., Appellee**

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2012-20396**

## ORDER

On September 24, 2018, appellee filed a motion to extend time to file the brief and notified this court that the parties had reached an agreement to settle the issues on appeal. On October 2, 2018, this court abated the appeal for 60 days to permit the parties an opportunity to file a motion to dismiss the appeal or other dispositive motion.

Neither party has filed a motion to dismiss or communicated with this court with regard to whether a settlement agreement has been reached. Accordingly the appeal is reinstated and appellee's brief is due on or before March 4, 2019.


PER CURIAM